# Court of Appeals
# of the State of Georgia

ATLANTA,  April 26, 2018

*The Court of Appeals hereby passes the following order:*

## A18A1493 & A18A1494. WILLIE SAM BIVINS v. THE STATE.

On October 20, 2017, the trial court revoked Willie Sam Bivins's probation in two criminal cases. Bivins then filed these direct appeals. We, however, lack jurisdiction.

Because the underlying subject matter of these appeals is the revocation of Bivins's probation, he was required to file applications for discretionary appeal in order to obtain appellate review. See OCGA § 5-6-35 (a) (5); *White v. State*, 233 Ga. App. 873 (505 SE2d 228) (1998). We lack jurisdiction over these direct appeals, which are therefore DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/26/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*